UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| John R. Gable, et al. ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Case No. 4:14cv00940 UNA |
| vs. ) | |
| ) | |
| Ocwen Loan Servicing, LLC ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

## ORDER

The above styled and numbered case was filed on May 16, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:14cv00066. **IT IS FURTHER ORDERED** that cause number 4:14cv00940 UNA be administratively closed.

Dated this 19th Day of May, 2014.          JAMES G. WOODWARD

                                           By: Katie Spurgeon, Deputy in Charge

**Please note the new case number: 1:14cv00066 ACL.**